UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE
BANGOR DIVISION

|  |  |
|---|---|
| LEIGH GAGNON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PENNSYLVANIA HIGHER EDUCATION )<br>ASSISTANCE AGENCY d/b/a FEDLOAN )<br>SERVICING )<br>)<br>Defendant )<br>)<br>) | Civil Action No. |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 *U.S.C.* §§ 1441, *et seq.*, Defendant Pennsylvania Higher Education Assistance Agency d/b/a FedLoan Servicing ("**FedLoan**"), by and through its undersigned counsel, for the purpose of removing this case to the United States District Court, District of Maine, Bangor Division, respectfully states:

1. **State Court Action.** Plaintiff Leigh Gagnon ("**Plaintiff**"), filed a complaint ("*Complaint*") against FedLoan on or about September 12, 2020 in the District Court, Augusta Division of the State of Maine, Kennebec County. *See* **Exhibit A** attached hereto.

2. **Federal Jurisdiction.** In the *Complaint*, Plaintiff alleges a violation of the *Fair Credit Reporting Act*, 15 *U.S.C.* § 1681. This Court therefore has original jurisdiction over the subject matter of this action pursuant to 28 *U.S.C.* § 1331 as Plaintiff's claims arise under the Constitution, laws or treaties of the United States.

3. **Proper Venue.** This court is the proper district court for removal because the Augusta District court is located within the United States District Court for the District of Maine, Bangor Division.

4. **Timeliness of Removal Petition.** FedLoan was served with a copy of the *Complaint* on September 18, 2020. See **Exhibit A.** Because it is within 30 days of the *Complaint* being served on defendant, removal of this action is timely under 28 *U.S.C.* § 1446(b).

5. **Compliance.** Defendant will promptly file a copy of this notice of removal with the clerk of the Augusta District Court, where this action is pending and will serve such notice on Plaintiff in compliance with 28 *U.S.C.* § 1446(d). Certified copies of the entries in the District Court docket will be filed.

6. **Relief Requested.** Defendant respectfully requests that the United States District Court for the District of Maine, Bangor Division, accept this notice of removal, and that it assume jurisdiction of this cause of action and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

Dated: October 16, 2020

Respectfully submitted,

*/s/ Donald E. Frechette*
Donald E. Frechette (002780)
Locke Lord LLP
20 Church Street, 20th Floor
Hartford, CT  06103
Telephone:  860.541.7713
donald.frechette@lockelord.com

Attorney for Pennsylvania Higher Education Assistance Agency d/b/a FedLoan Servicing

## **CERTIFICATE OF SERVICE**

I, Donald E. Frechette, hereby certify that I have served the within Notice of Removal to the following party:

Leigh Gagnon
147 Spears Corner Road
West Gardiner, ME 04345

Dated: October 16, 2020

*/s/ Donald E. Frechette*
Donald E. Frechette